```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

LAWRENCE S. WICK,                      )
as Custodian for                       )
Ryan S. Wick, Andrew T. Wick,          )
Hayley L. Wick, Ryan S. Wick,          )
Andrew T. Wick, Hayley L. Wick,        )
Individually and on Behalf of          )
Others Similarly Situated,             )
                                       )
                Plaintiffs,            )
                                       )
v.                                     )         04-10408-MEL
                                       )
                                       )
FLEETBOSTON FINANCIAL CORPORATION,     )
Et al.,                                )
                                       )
                Defendants.            )         ORDER OF RECUSAL


LASKER, D.J.

    I hereby recuse myself from the above-numbered class-action suit and any related cases which may follow.

                                    MORRIS E. LASKER
                                    UNITED STATES DISTRICT JUDGE

                                    By the Court,

Dated:   March 11, 2004             /s/ George H. Howarth
         Boston, Massachusetts      George H. Howarth
                                    Deputy Clerk