UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lawrence S. Wick
             Plaintiff,                     CIVIL ACTION
                                                NO.  04-10408-PBS
    v.

Fleetboston Financial Corporation, et al
             Defendants.

## ORDER

**SARIS, U.S.D.J.**                                                                                       April 15, 2004

      The Court orders that Electronic Case Filing is mandatory in this action as of May 6, 2004.  For information as to how to enroll, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm.  Courtesy paper copies of all electronically filed dispositive motions and attachments shall be filed and plainly marked "courtesy copy".

                                                                       /s/ Patti B. Saris
                                                                   United States District Judge

Copies to:  All Counsel