# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

FILED
Clerk's Office
USDC
Date _____
By _____
Deputy _____

June 8, 2004

U.S. District Court
District of Massachusetts
United States Courthouse Ste 2300
One Courthouse Way
Boston, MA 02210-3001

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no 1:04-10408-*PBS*
Our civil no. 04-1765
Lawrence S. Wick, et al v FleetBoston Financial Corp., et al

Dear clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-district Litigation filed on June 7, 2004, in this court transferring the above entitled case to the District of Maryland.

*Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.*

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc: Judge J. Frederick Motz
   Judicial Panel on Multi-district Litigation

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov